AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 05-CV-576C

Health Care Solutions, WNY, LLC

v.

Mark S. Wallach

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that the findings, conclusions, and recommendations contained in Bankruptcy Judge's "Order to Transmit Record to District Court Combined With Findings of Fact and Conclusions of Law and Recommendation", dated August 11, 2005 (Bankr. No. 03-10102K, Item 626), are hereby adopted in full as the final order of this court, in accordance with 28 U.S.C. §157(c)(1) and that the appeal is dismissed.

Date: 10/26/05                                                       RODNEY C. EARLY, CLERK

                                                              By:    s/Deborah M. Zeeb
                                                                     Deputy Clerk